# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ABDUL FLAMER,                  :    No. 34 EM 2023

            Petitioner          :

                :

           v.               :

                :

COMMONWEALTH OF PENNSYLVANIA,    :

            Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.